IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE THE REASSIGNMENT ) | |
| OF SEALED CRIMINAL CASES FROM ) | **SEALED** |
| JUDGE SHANAHAN ) | GENERAL ORDER NO. 2005-09 |
| TO JUDGES BATAILLON AND ) | |
| SMITH CAMP ) | |

    Judge Shanahan's pending sealed criminal cases have been reassigned to Judges Bataillon and Smith Camp.

    IT IS ORDERED that:

    (1)    The following cases are reassigned from Judge Shanahan to Judge Bataillon:

| | |
|---|---|
| 8:99-cr-00230-TMS-TDT | USA v. Hemmatazad *SEALED* |
| 8:00-cr-00180-TMS-TDT | USA v. Lara *SEALED* |
| 8:04-cr-00220-TMS-TDT | USA v. Moreno *SEALED* |
| 8:05-cr-00076-TMS-TDT | USA v. Garcia-Zavala *SEALED* |

    (2)    The following cases are reassigned from Judge Shanahan to Judge Smith Camp:

| | |
|---|---|
| 8:95-cr-00109-TMS-FG3 | USA v. Reich *SEALED* |
| 8:01-cr-00105-TMS-FG3 | USA v. Thomas *SEALED* |
| 8:02-cr-00093-TMS-FG3 | USA v. Zacarias *SEALED* |
| 8:04-cr-00231-TMS-FG3 | USA v. Zavala *SEALED* |

    (3)    This order does not alter assignments to magistrate judges. That is, cases will continue to be assigned to the magistrate judge to whom they were originally assigned.

    Dated this 2nd day of May, 2005.

    BY THE COURT:

    s/ Joseph F. Bataillon
    Joseph F. Bataillon
    Chief Judge