AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Richard Zavala

Case No: 8:04CR231
USM No: 45660-112

Date of Original Judgment: 10/23/2008
Date of Previous Amended Judgment: 01/12/2010
*(Use Date of Last Amended Judgment if Any)*

Kelly M. Steenbock
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 108 months **months is reduced to** 78 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/12/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/15/2015

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Richard Zavala
CASE NUMBER: 8:04CR231
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 31    Amended Total Offense Level: 29
Criminal History Category: I    Criminal History Category: I
Previous Guideline Range: 120 to 135 months    Amended Guideline Range: 87 to 108 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

The Defendant's pro se Motion for Reconsideration to Reduce Sentence - USSC Amendment (Filing No. 71) is granted, the Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 75) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 76) is approved.